UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WILLIAM R. ABBOTT** | : | **DOCKET NO. 20-cv-1539** |
| | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **SEKOU MA'AT** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Motion for Temporary Restraining Order (doc. 2), Motion for Discovery (doc. 4) and Motion for Leave to File Supplemental Appendices (doc. 7) are **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in Chambers on this 18th day of May, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**